IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE ABNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-00146-WKW-SRW |
| | ) |
| ALABAMA BOARD OF MEDICAL | ) |
| EXAMINERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Susan R. Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 6th day of March, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE