IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANICE ABNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07CV146-WKW |
| | ) | |
| ALABAMA BOARD OF MEDICAL | ) | |
| EXAMINERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For good cause, it is

ORDERED that plaintiff is DIRECTED to file, on or before March 20, 2007: (1) a current copy of the docket sheet reflecting all activity in the case plaintiff filed in 2004 in the United States District Court for the Southern District of Alabama; (2) a current copy of the docket sheet for the case filed by plaintiff on July 30, 2006 in the Circuit Court; (3) a current copy of the docket sheet for the mandamus action commenced by plaintiff in the Circuit Court of Montgomery County on September 16, 2006.

It is further ORDERED that plaintiff is DIRECTED to file, on or before March 20, 2007, a declaration under penalty of perjury indicating the amount of her equity in the condominium she owns.

Plaintiff is advised that her failure to comply with this order or any other order of this court may result in dismissal of this action.

DONE, this 9th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE