IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE ABNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07CV146-WKW |
| ) | |
| ALABAMA BOARD OF MEDICAL ) | |
| EXAMINERS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of plaintiff's motion (Doc. # 5) to withdraw her motion for leave to proceed *in forma pauperis* (Doc. # 2), it is

ORDERED that the motion to withdraw is GRANTED.[1]

Done, this 20th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is advised that she is responsible for ensuring that defendants are served with process. If plaintiff desires service of the defendants by certified mail through the Clerk, she may contact the Clerk's office for instructions.