IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE ABNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-00146-WKW-SRW |
| ) | |
| ALABAMA BOARD OF MEDICAL ) | |
| EXAMINERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the previous Order referring the case for all pretrial proceedings and entry of any orders or recommendations to the Magistrate Judge, it is ORDERED that the Rule 26(f) Order filed on April 25, 2007 (Doc. # 10) is VACATED.

DONE this 25th day of April, 2007.

                                               /s/ W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE