IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE ABNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv146-WKW |
| ) | |
| ALABAMA BOARD OF MEDICAL ) | |
| EXAMINERS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is hereby ORDERED that the above-referenced case be set for a scheduling conference, by telephone, on May 21, 2007 at 4:00 p.m. Central Standard Time. Counsel for Defendant Alabama Board of Medical Examiners is DIRECTED to set up the conference call.

DONE, this 26th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE