IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JANICE ABNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:07-CV146-WKW-SRW |
| ALABAMA BOARD OF MEDICAL | ) |
| EXAMINERS and ALABAMA | ) |
| DEPARTMENT OF PUBLIC HEALTH, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO STRIKE**

COMES NOW the Alabama Department of Public Health (hereinafter referred to as "the Department") and moves this Court to strike the "Plaintiff's Reply to Answer to Civil Rights Complaint by the Board of Medical Examiners and Department of Public Health of Alabama; Request for Judicial Notice of Facts Declaration of Janice Abner in Support of Complain [sic] , Exhibits ___ thru [sic] ___," received by the Department on May 7, 2007.  In support of said motion, the Department asserts as follows:

1. Rule 7(a) of the Federal Rules of Civil Procedure provides:

   "Pleadings.  There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served.  No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer."

2. Accordingly, absent an order from this Court directing the Plaintiff to reply to the

   Department's answer, the ""Plaintiff's Reply to Answer to Civil Rights Complaint by

   the Board of Medical Examiners and Department of Public Health of Alabama;

- 1 -

Request for Judicial Notice of Facts Declaration of Janice Abner in Support of Complain [sic] , Exhibits ___ thru [sic] ___" should be striken.

3. The undersigned's review of this Court's case action summary reveals no order from this Court directing the Plaintiff to file a reply to the Department's answer.

Accordingly, the Department respectfully requests that this Court strike the Plaintiff's above-referenced pleading.

    Respectfully submitted,

    TROY KING (KIN047)
    ATTORNEY GENERAL

    **/s P. Brian Hale**
    P. Brian Hale (HAL072)
    Assistant Attorney General

    Alabama Department of Public Health
    201 Monroe Street, Ste. 1540
    P.O. Box 303017
    Montgomery, Alabama 36130-3017
    Telephone: (334) 206-5209
    Fax:    (334) 206-5874
    E-Mail: bhale@adph.state.al.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 7, 2007, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.  I also hereby certify that I have this date served a copy of said filing on the Plaintiff by placing a copy of same in the United States Mail, postage prepaid, to the following address of record.

    Janice Abner
    888 Victor Avenue, Unit #16
    Inglewood, CA  90302

    **/s P. Brian Hale**
    P. Brian Hale (HAL072)
    Assistant Attorney General

    Alabama Department of Public Health
    201 Monroe Street, Ste. 1540
    P.O. Box 303017
    Montgomery, Alabama 36130-3017
    Telephone: (334) 206-5209
    Fax:    (334) 206-5874
    E-Mail: bhale@adph.state.al.us