IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANICE ABNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07CV146-MEF |
| | ) | (WO) |
| ALABAMA BOARD OF MEDICAL | ) | |
| EXAMINERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Absent an order of the court, the Federal Rules of Civil Procedure do not call for or

allow a reply to an answer.  See Fed. R. Civ. P. 7(a).  No such reply is necessary in this case.

Accordingly, it is

ORDERED that the motion to strike filed by the Alabama Department of Public

Health on May 7, 2007 is GRANTED.  The Clerk is DIRECTED to strike plaintiff's "reply

to answer" (Doc. # 14) from the record.

It is further ORDERED that plaintiff's request for judicial notice of facts (included

within Doc. # 14) is DENIED.

DONE, this 15th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE