IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JANICE ABNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:07-CV146-WKW-SRW |
| ALABAMA BOARD OF MEDICAL | ) |
| EXAMINERS and ALABAMA | ) |
| DEPARTMENT OF PUBLIC HEALTH, | ) |
| | ) |
| Defendants. | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW the Alabama Department of Public Health and in accordance with this Court's May 23, 2007, Scheduling Order (Document 17), the undersigned verifies that the undersigned and the Plaintiff have participated in good faith settlement negotiations. Said negotiations took place over the telephone rather than face-to-face since the Plaintiff resides in California. Settlement was not reached during said settlement negotiations and the undersigned does not believe mediation will assist the parties short of trial.

                                    Respectfully submitted,


                                    **/s P. Brian Hale**
                                    P. Brian Hale (HAL072)
                                    Assistant Attorney General

                                    Alabama Department of Public Health
                                    201 Monroe Street, Ste. 1540
                                    P.O. Box 303017
                                    Montgomery, Alabama 36130-3017
                                    Telephone: (334) 206-5209
                                    Fax:    (334) 206-5874
                                    E-Mail: bhale@adph.state.al.us

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, I electronically filed the foregoing Notice Concerning Settlement Conference and Mediation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record. I also hereby certify that I have this date served a copy of said filing on the Plaintiff by placing a copy of same in the United States Mail, postage prepaid, to the following address of record.

Janice Abner
888 Victor Avenue, Unit #16
Inglewood, CA  90302

/s P. Brian Hale
P. Brian Hale (HAL072)
Assistant Attorney General

Alabama Department of Public Health
201 Monroe Street, Ste. 1540
P.O. Box 303017
Montgomery, Alabama 36130-3017
Telephone: (334) 206-5209
Fax:     (334) 206-5874
E-Mail: bhale@adph.state.al.us