IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

| | |
|---|---|
| JANICE ABNER, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CASE NO. 2:07-CV146-WKW-SRW |
| ALABAMA BOARD OF MEDICAL EXAMINERS, et, | ) ) ) |
| Defendants, | ) |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW _the Al. Dept. of Public Health_, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                    **Relationship to Party**

_____                _____

_____                _____

_____                _____


8/6/2007                               /s P. Brian Hale
Date                                   (Signature)

                                       P. Brian Hale
                                       (Counsel's Name)

                                       AL Dept. of Public Health
                                       Counsel for (print names of all parties)
                                       P.O. Box 303017
                                       Montgomery, AL 36130-3017
                                       Address, City, State Zip Code
                                       (334) 206-5209
                                       Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _P. Brian Hale_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _6th_____ day of _August_____ 20_07_, to:

Janice Abner
_____

888 Victor Avenue, Unit #16
_____

Inglewood, CA 90302
_____

_____

_____

_____

8/6/2007                                     /s P. Brian Hale
_____                _____
       Date                                    Signature