IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JANICE ABNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-146-WKW-SRW |
| ) | |
| ALABAMA BOARD OF MEDICAL ) | |
| EXAMINERS, et. al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Defendant, Alabama Board of Medical Examiners (hereinafter the "Board"), by and through counsel, and in accordance with the Court's May 23, 2007, Scheduling Order (Document 17), the undersigned verifies that the undersigned and the Plaintiff have participated in good faith settlement negotiations which took place telephonically rather than face-to-face because the Plaintiff resides in California.  Settlement was not reached during said negotiations, and the undersigned does not believe mediation will assist the parties short of trial.

RESPECTFULLY SUBMITTED this the 15th day of August, 2007.

                                      TROY KING
                                      ATTORNEY GENERAL                  (KIN047)

                                      /s/ William F. Addison
                                      William F. Addison, Associate Counsel     (ADD002)
                                      Alabama State Board of Medical Examiners
                                      Assistant Attorney General
                                      Alabama Bar No. ASB-7206-A54W
                                      P.O. Box 946
                                      Montgomery, AL 36101-0946
                                      Telephone (334) 242-4116
                                      Facsimile  (334) 242-4155
                                      E-mail:  baddison@albme.org

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice Concerning Settlement Conference and Mediation has been served on Janice Abner, 888 Victor Ave, Unit #16, Inglewood CA  90302, and P. Brian Hale, Esq., PO Box 303017, Montgomery AL  36130-3017, by U. S. mail, properly addressed and postage prepaid, this 15th day of August, 2007.

    /s/ William F. Addison
William F. Addison