Janice Abner, Plaintiff
888 Victor Ave. Unit # 16
Inglewood, Ca. 90302
(310) 419-4563

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE ABNER, | ) Civil Action No. 2:07CV146-WKW |
| | ) |
| Plaintiff, | ) **Notice Of Timely Filing By** |
| | ) **Express Mail Of Motion For** |
| Vs. | ) **Summary Judgment To** |
| | ) **Comport With Scheduling** |
| ALABAMA BOARD OF MEDICAL | ) **Order By The Court** |
| EXAMINERS, et al, | ) |
| _____ | )_ |

Plaintiff Janice Abner respectfully gives notice to the Court

as pertains to the order granting leave by parties of Alabama Board of

Medical Examiners (ABME.) and Plaintiff to file delinquent motions for

summary judgment fact that plaintiff did mail for timely filing a motion for

summary judgment by Express mail on August 20, 2007 at 1.03 p.m. The

express mail did not arrive at the Courthouse overnight in regards to the

scheduling order. Plaintiff submits as attached a copy of the address cover

slip verifying a document was mailed to the Court on date of 08/22/07.

Plaintiff does request sanction be imposed on the ABME by the Court for

failure to follow scheduling order for motion of summary judgment .

-1-

A reply by plaintiff to motion of summary judgment by the ABME is filed d on the date this notice was served on the Court

Respectfully submitted by :   Dated: September 01, 2007

*Janice Abner*
Janice Abner , Plaintiff

**EXPRESS MAIL** — Post Office To Addressee
Label 11-B, March 2004

ORIGIN (POSTAL SERVICE USE ONLY)

ZIP Code: 90302
Day Accepted: 8
Month: 20
Year: 07
Time Accepted: 103 PM
Flat Rate or Weight: 7.20 oz
Postage: 16.25
Total Postage & Fees: 16.25

EB 16204079 US

FROM: Janice Oliver
88 Victor Ave. #16
Inglewood, Calif. 90302

TO: United States District Court
Office of the Clerk
P.O. Box 711
Montgomery, Alabama 36101-0711



Track/Confirm - Intranet Item Inquiry - Domestic

| **Item: EB16 2040 719U S** | | **Service Calculation Acceptance Date/Time: 08/20/2007 13:03** | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 36101 | **City:** MONTGOMERY | **State:** AL |
| **Origin** | **ZIP Code:** 90302-9998 | **City:** INGLEWOOD | **State:** CA |
| **Class:** Express Mail - PO to addressee | | | |
| **Scheduled Delivery Date:** 08/21/2007 12:00 | | | |
| **Weight:** 0 lb(s) 8 oz(s) | | **Postage:** $16.25 | |
| **Delv Rqmt:** Normal | | **PO Box?:** N | |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 08/22/2007 09:02<br>Recipient: 'R GRISSETT'<br>Request Delivery Record<br>View Delivery Signature and Address | MONTGOMERY, AL 36104 | POS6330004 |
| ARRIVAL AT PICK-UP-POINT | 08/21/2007 10:15 | MONTGOMERY, AL 36101 | 030SHJM297 |
| ARRIVAL AT UNIT | 08/21/2007 10:13 | MONTGOMERY, AL 36104 | 030SHJM297 |
| ACCEPT OR PICKUP | 08/20/2007 13:03 | INGLEWOOD, CA 90302 | |



*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.