**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 14, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Janice Abner vs. Alabama Board of Medical Examiners, et al**
**Case Number: 2:07cv146-WKW**

**Pleading : #31 - Reply in Opposition to Motion for Summary Judgment**

**Notice of Correction is being filed this date to advise that the referenced pleading was coventionally filed on 9/6/07 with "Exhibit L" omitted. The exhibit has been filed and is attached to this notice for your review.**

# EXHIBIT L

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Board of Medical
Examiners of Alabama
P.O. Box 946
Montgomery, Alabama
36101-0946

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C. Kruger    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
C. KRUGER    5-1-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

- Sender: Please print your name, address, and ZIP+4 in this box •

Janice Abner
888 Victor Ave. #16
Inglewood, Calif
90302

**SAMPLE NOTICE FORMAT**

**Note:** When E-Filing this pleading, please enter a separate docket entry. The event entry is located on CM/ECF by clicking: **CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT**
A *screen-fillable* Adobe Acrobat PDF form, which can be saved and E-Filed, is available on-line; it is available at http://www.almd.uscourts.gov/docs/CONFLICT_DISCLOSURE_STATEMENT_FILLABLE.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Janice Abney,
   Plaintiff,

v.                                           CASE NO. 2:07-CV-146-WKW-SRW

Alabama Board of Medical
Examiners, et al.,
   Defendants,

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Janice Abney, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party
_____                    _____
_____                    _____
_____                    _____

7/27/07
Date

Signature: Janice Abney
Counsel
_____
Counsel for (print names of all parties)
_____
Address, City, State Zip Code
_____
Telephone Number

Also requires a certificate of Service