## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 14, 2007

## NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Janice Abner vs. Alabama Board of Medical Examiners, et al**
**Case Number: 2:07cv146-WKW**

**Pleading : #32 - Notice of Correction**

**Notice of Correction is being  filed this date to advise that  the referenced  pleading was docketed on 9/14/07  without "Exhibit L" attached as previously stated in Document#32.**

**The corrected pdf document is attached to this notice.**

# EXHIBIT
# L



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Board of Medical
Examiners of Alabama
P.O. Box 946
Montgomery, Alabama
36101-0946

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Cluger*           ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
*C. KRUGER*                          *5-1-07*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)       ☐ Yes

• Sender: Please print your name, address, and ZIP+4 in this box •

Janice Abner
888 Victor Ave. #16
Inglewood, Calif
90302

**SAMPLE NOTICE FORMAT**

Note: When E-Filing this pleading, please enter a separate docket entry. The event entry is located on
CM/ECF by clicking: CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT
A screen-fillable Adobe Acrobat PDF form, which can be saved and E-Filed, is available on-line; it is
available at http://www.almd.uscourts.gov/docs/CONFLICT_DISCLOSURE_STATEMENT_FILLABLE.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Janice Abner ,  )
  )
  )  Plaintiff,
  )
  )
v.  )  CASE NO. 2:07-CV146-WKW-SRW
  )
Alabama Board of Medical ,  )
Examiners, eT.aL  )
  Defendants,  )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Janice Abner, a [Plaintiff/Defendant] in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                      Relationship to Party

_____        _____

_____        _____

_____        _____

_____        _____


7/27/07
Date

Signature  Janice Abner
Counsel

_____
Counsel for (print names of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

Also requires a certificate of Service