IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JANICE ABNER,                        )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        Case No. 2:07-cv-0146-WKW
                                     )
ALABAMA BOARD OF                     )
MEDICAL EXAMINERS, *et al.*,         )
                                     )
        Defendants.                  )

## ORDER

On February 20, 2008, the Magistrate Judge filed a Recommendation (Doc. # 34) to which the plaintiff timely objected. (Doc. # 35.) The court has carefully reviewed the plaintiff's objection and finds that the Recommendation more than adequately addresses the plaintiff's arguments. Furthermore, as a supplement to the Recommendation, the court will address case law cited by the plaintiff in support of her argument that the Alabama Department of Public Health's ("ADPH") notification of its investigation was inadequate.

The plaintiff argues that *Public Citizen, Inc. v. Dep't of Health & Human Servs.*, 151 F. Supp. 2d 64 (D.D.C. 2001), requires ADPH to disclose more information concerning its investigation. (Doc. # 35, at 11.) The plaintiff's cited case was later affirmed on appeal and the District of Columbia Circuit held that an investigating agency need only "notify the complainant of the results of its review," which at a minimum consists of "disclos[ing] its determination as to whether the quality of the services that the recipient received met 'professionally recognized standards of health care.'" *Public Citizen, Inc. v. U.S. Dep't of*

*Health & Human Servs.*, 332 F.3d 654, 671 (D.C. Cir. 2003) (quoting 42 U.S.C. § 1320c-3(a)(14)).  ADPH's notice to the plaintiff informed her that an investigation had been conducted and provided her with its results.  (Doc. # 30-3, at  2.)  Although the letter of notice did not track the statutory language, nothing requires it to do so.  The court is satisfied that the notice, which informed the plaintiff that ADPH "could not determine that there was improper treatment," comports with the requirement of the statute and the holding of *Public Citizen*.

Therefore, upon an independent and *de novo* review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.    The Recommendation (Doc. # 34) is ADOPTED;

2.    The plaintiff's objection (Doc. # 35) is OVERRULED;

3.    The plaintiff's summary judgment motion (Doc. # 25) is DENIED;

4.    The defendants' summary judgment motions (Docs. # 23 & 27) are GRANTED; and

5.    This case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 10th day of March, 2008.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE

2