Janice Abner , In Pro se
888 Victor Avenue, Unit 16
Inglewood, California 90302 .
(310) 419-4563

RECEIVED

2008 APR -8  A 9: 55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JANICE ABNER, | ) **Civil Case No.** |
| | ) **2:07-CV-146-WKW-SRW** |
| Plaintiff. | ) |
| | )**NOTICE OF APPEAL** |
| | ) **AND ELECTION TO** |
| ALABAMA BOARD OF | ) **PROCEED PURSUANT** |
| MEDICAL EXAMINERS, et al, | )**TO FRAP 4** |
| | ) |
| Defendants | ) |
| | ) |

Notice is hereby Given that Janice Abner, plaintiff  appeals to the

United States Court of Appeals  for the Eleventh Circuit the order by

Honorable W. Keith Watkins of the District Court of  Alabama ,

Northern Division on 03/10/08 granting the motions of Defendants,

Alabama Board of Medical Examiners , et al for summary judgment ,

and denying the motion by plaintiff for injunctive relief.

The appeal is made on contentions of prejudicial  error by the Court,

and misapplication of the law .

Date: April 04, 2008    By:  *Janice Abner*

Janice Abner , Plaintiff. Pro se