```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004622
Cashier ID: brobinso
Transaction Date: 04/08/2008
Payer Name: JANICE ABNER
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: JANICE ABNER
 Case/Party: D-ALM-2-07-CV-000146-001
 Amount:         $455.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 12199927847
 Amt Tendered:  $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```